Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
(602) 264-4965
ARIZONA STATE BAR NO. 007356
Facsimile (602) 277-0144
e-mail michael@mcarmellaw.com

Attorney for Debtor and Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 2:97-bk-10778-CGC |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA, | **NOTICE OF FILING TWELFTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED ON BEHALF OF DEBTOR AND NOTICE OF BAR DATE** |
| Debtor. | |

**NOTICE IS HEREBY GIVEN** counsel for the Debtor and Debtor-in-Possession, MICHAEL W. CARMEL, LTD., has filed its Twelfth Interim Application for Allowance of Compensation and Reimbursement of Expenses for Services Rendered on Behalf of Debtor, requesting attorneys' fees in the amount of $7,630.00 and reimbursement of expenses in the amount of $447.88, for the period from January 16, 2007 through February 15, 2009. No particular creditor is responsible for the payment of fees and costs. Instead, payment is made out of the estate's assets.

A copy of the Application can be obtained from the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, or upon request of counsel undersigned.

**PLEASE TAKE FURTHER NOTICE** that any objections to the above must be in writing, filed with the Clerk of the Bankruptcy Court, and a copy served by mail upon counsel for the Debtor, Michael W. Carmel, Esq., MICHAEL W. CARMEL, LTD., 80 East Columbus Avenue, Phoenix, Arizona 85012, or via e-mail at michael@mcarmellaw.com, on or before **April 2, 2009**.

If no objections are received, counsel undersigned will submit an Order to the Court approving the application, which will be signed, unless the Court sets a hearing on its own motion.

DATED this 10th day of March 2009.

                MICHAEL W. CARMEL, LTD.

                /s/ <u>Carmel, M.W. (007356)</u>

                Michael W. Carmel
                80 East Columbus Avenue
                Phoenix, Arizona 85012-2334
                Attorney for Debtor and Debtor-in-Possession