Charles A. Blanchard, Bar No. 011401
Craig A. Morgan, Bar No. 023373
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
CBlanchard@perkinscoie.com
CMorgan@perkinscoie.com
docketphx@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Special Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**GOSNELL DEVELOPMENT CORPORATION OF ARIZONA,**<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:97-bk-10778-GCG<br><br>**DECLARATION OF COUNSEL CHARLES A. BLANCHARD FIRST INTERIM APPLICATION OF PERKINS COIE BROWN & BAIN P.A. FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR SERVICES RENDERED AS SPECIAL COUNSEL FOR DEBTOR** |

I, Charles A. Blanchard, declare as follows in support of the *First Interim Application Of Perkins Coie Brown & Bain P.A. For Allowance And Payment Of Fees And Expenses For Services Rendered As Special Counsel For Debtor* (the "Application"):

1. I am an attorney with the law firm of Perkins Coie Brown & Bain P.A., duly appointed special counsel for Debtor, in the above-captioned matter. I am duly admitted to practice before this Court.

2. I have personally verified that Debtor received a copy of the Application. Furthermore, Debtor's counsel has personally informed me that Debtor has reviewed the Application.

3. Following receipt and review of the Application, Debtor's counsel has personally informed me that Debtor has approved the Application and that it has no objections thereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of March, 2009, in Phoenix, Arizona.

_____
Charles A. Blanchard

Original electronically filed this 12th
day of March, 2009, with a
copy via First Class mail to:

Larry Watson
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706


/s/ Marie van Olffen
54407-0001/LEGAL15452977.1