Charles A. Blanchard, Bar No. 011401
Craig A. Morgan, Bar No. 023373
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
CBlanchard@perkinscoie.com
CMorgan@perkinscoie.com
docketphx@perkinscoie.com
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Special Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** <br><br> **GOSNELL DEVELOPMENT CORPORATION OF ARIZONA,** <br><br> Debtor. | Chapter 11 Proceedings <br><br> Case No. 2:97-bk-10778-GCG <br><br> **NOTICE OF FILING FIRST INTERIM APPLICATION OF PERKINS COIE BROWN & BAIN P.A. FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR SERVICES RENDERED AS SPECIAL COUNSEL FOR DEBTOR** |

NOTICE IS HEREBY GIVEN that Perkins Coie Brown & Bain P.A. ("PCB&B") has filed its *First Interim Application Of Perkins Coie Brown & Bain P.A. For Allowance And Payment Of Fees And Expenses For Services Rendered As Special Counsel For Debtor* (the "Application"). By its Application, PCB&B requests compensation in the amount of $30,558.50, and reimbursement of actual costs and expenses in the amount of $1,971.05, for a total reimbursement of $32,529.55 for the period from November 17, 2008, through January 31, 2009. A copy of the Application is available for review at the Clerk's Office of the United States Bankruptcy Court, 230 North First Avenue, Suite 101,

Phoenix, Arizona 85003, or on the court's electronic docket, or upon request of counsel undersigned.

Any person opposing the Application shall file a written objection within twenty (20) days of the date of this Notice with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, First Floor, Phoenix, Arizona 85003, with a copy of the objection served upon counsel for Debtor whose name and address appear below:

Charles A. Blanchard
Craig A. Morgan
Perkins Coie Brown & Bain P.A.
2901 North Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788

Michael W. Carmel
80 East Columbus Ave.
Phoenix, Arizona 85012

If a party-in-interest timely objects to the Application in writing and requests a hearing, the matter will be placed on the calendar to be heard by the Honorable Charles G. Case. If there is no timely written objection and request for a hearing filed, no hearing will be held and the court may summarily enter an order approving the Application.

DATED this 12th of March, 2009.

**PERKINS COIE BROWN & BAIN P.A.**

By: /s/ Charles A. Blanchard (011401)
Charles A. Blanchard, Bar No. 011401
Craig A. Morgan, Bar No. 023373
2901 North Central Avenue,
Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000

*Special Counsel for Debtor*

54407-0001/LEGAL15453004.1

2