Law Offices of
**MICHAEL W. CARMEL, LTD**.
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
(602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: michael@mcarmellaw.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 2:97-bk-10778-CGC |
| | ) | |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA, | ) ) | **CERTIFICATE OF NO OBJECTION REGARDING TWELFTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED ON BEHALF OF DEBTOR** |
| Debtor. | ) ) ) | |

MICHAEL W. CARMEL, LTD., counsel for the Debtor in the above-captioned matter, hereby certifies that no objections to its "Twelfth Interim Application for Allowance of Compensation and Reimbursement of Expenses for Services Rendered on Behalf of Debtor and Notice of Bar Date," noticed to all creditors and parties-in-interest on March 11, 2009 (Docket No. 777), have been received.

DATED this 3rd day of April 2009.

                                                            MICHAEL W. CARMEL, LTD.

                                                           /s/ Carmel, M.W. (007356)
                                                           Michael W. Carmel
                                                           80 East Columbus Avenue
                                                           Phoenix, Arizona 85012
                                                           Attorney for Debtor

1   COPY of the foregoing mailed on
    April 3, 2009 to:
2
    Office of the U.S. Trustee
3   230 North Central Ave.
    Suite 204
4   Phoenix, AZ 85003-1706

5   By/s/ Nancy G. Forty

2