**ARTHUR E. ROMLEY**
Arizona Bar No. 1906
Suite B-290 – Park Place
4647 North 32nd Street
Phoenix, Arizona 85018 – 3345
Telephone (602) 252 – 3400
Facsimile (602) 252 – 3499
E-mail: AERomley@msn.com

*Attorney for Hall Family Properties, Ltd.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re: )
)
GOSNELL DEVELOPMENT )
CORPORATION OF ARIZONA, ) **Chapter 11 Proceedings**
)
Debtor. ) **Case No. 2:97-BK-10778-CGC**
)
) _____
)
)
)

**HALL FAMILY PROPERTIES, LTD.'S
OBJECTIONS TO FIRST INTERIM APPLICATION OF
PERKINS COIE BROWN & BAIN P.A. FOR ALLOWANCE
AND PAYMENT OF FEES AND EXPENSES FOR SERVICES
RENDERED AS SPECIAL COUNSEL FOR DEBTOR [DE #778]**

Hall Family Properties, Ltd. ("**HFP**") objects to the First Interim Application of Perkins Coie Brown & Bain P.A. for Allowance and Payment of Fees and Expenses for Services Rendered as Special Counsel for Debtor (the "**Application**"). [DE #778]

1. The matter on appeal to District Court Judge Roger Strand (CIV 04-998-PHX-RGS) and to the Ninth Circuit Court of Appeals (Docket No. 07-16056) presented a single issue arising from Judge Redfield Baum's grant of Partial Summary Judgment on September 28, 1999: "IT IS FURTHER ORDERED the economic loss rule precludes, as a matter of law, the tort/breach of fiduciary claims asserted by Hall Family Properties, Ltd. in its Proof of Claim." This is not a complicated or time consuming appeal of disputed facts or multiple legal issues.

2. In its Application at page 6, Perkins Coie Brown & Bain ("**PCB&B**") "submits that it has rendered valuable professional services that have benefited, and will continue to benefit, Debtor." Until the Ninth Circuit Court of Appeals issues its opinion on the appeal, this statement is presumptuous.

3. Among the eight factors to be considered in determining the reasonableness of a fee under ER 1.5 (4), Arizona Rules of Professional Conduct, are "the results obtained." HFP could also speculate at this time and assert the contrary: PCB&B, as attorneys for Debtor, will be unsuccessful on the appeal and PCB&B's services have only served to delay the claims of HFP without any value or benefit to Debtor. HFP

(HFP Objections 090403)

respectfully submits the ruling on the Application should be postponed until after the Ninth Circuit Court of Appeals issues its opinion on the appeal (oral argument was presented to the Ninth Circuit on <u>January 14, 2009</u>).

4. Without regard to the opinion issued by the Ninth Circuit Court of Appeals, it is difficult for HFP to accept as "reasonable" a charge of $30,558.50 in fees for 72.7 hours of time from <u>six employees of PCB&B</u> for preparation and presentation of <u>15 minutes of oral argument to the Ninth Circuit Court of Appeals</u>. (None of the time in the Application relates to the preparation and filing of the Appellee's Answering Brief on October 11, 2007.)

5. The time in the Application included 11.8 hours at a charge of $3,246.00 for "Fee/Employment Applications (B160)," Application, page 2. This time and this charge is not of value or benefit to Debtor – it only serves/benefits PCB&B.

6. Charles Blanchard's spent 38.5 hours at a charge of $19,445.50 in preparing and presenting the 15 minutes of oral argument to the Ninth Circuit Court of Appeals. (See the last page of Exhibit A to the Application.) HFP submits this should be the "upper limit" of the fees paid by Debtor to PCB&B for preparation and presentment of 15 minutes of oral argument to the Ninth Circuit Court of Appeals, <u>if Debtor is successful on the appeal</u>.

7. In the proceedings before District Court Judge Roger Strand (CIV 04-998-PHX-RGS), PCB&B and attorney/co-counsel Sam Tiffany claimed fees in the amount of $49,212.32 for 193.50 hours of time. See Document 24 filed May 25, 2007 in District

(HFP Objections 090403)

Court CIV 04-998-PHX-RGS. Judge Strand reduced the claim for fees to $39,251.32. See Document 32 filed August 3, 2007 in District Court CIV 04-998-PHX-RGS.

8. At oral argument before Judge Charles Case on November 18, 2008, without supplying a copy to counsel for HFP, Charles Blanchard presented Judge Case with a written summary of the charges to that date for which PCB&B sought payment from Debtor. Undersigned counsel believes and recalls and alleges PCB&B sought approximately $75,000.00 for the preparation and filing of Appellee's Answering Brief. (Judge Case did not allow PCB&B to recover this $75,000.00 from Debtor.)

9. If PCB&B and attorney/co-counsel Sam Tiffany were successful in all their claims before Judge Strand and Judge Case, the total charges of $156,741.87 ($49,212.32 plus $75,000.00 plus $32,529.55) are not reasonable for <u>this single issue appeal</u> from Judge Redfield Baum's grant of Partial Summary Judgment on September 28, 1999: "IT IS FURTHER ORDERED the economic loss rule precludes, as a matter of law, the tort/breach of fiduciary claims asserted by Hall Family Properties, Ltd. in its Proof of Claim."

10. Charles Blanchard claims "Travel Expenses" to San Francisco of $489.00 on December 10, 2008. (See Exhibit B to the Application.) Mr. Blanchard's time entries, Exhibit A to the Application, show no time spent on the appeal in December 2008. Inasmuch as the oral argument to the Ninth Circuit Court of Appeals was presented on

(HFP Objections 090403)

January 14, 2009, HFP does not understand why Debtor should pay PCB&B for any trip to San Francisco on December 10, 2008.

11. Furthermore, HFP does not understand why Charles Blanchard's claims "Travel Expenses" to San Francisco on January 13, 2009 in the amount of $595.44 when the air travel expenses of counsel for HFP on Southwest Airlines on January 13/14, 2009 totaled only $219.00. (If the $595.44 also includes lodging and travel to/from the San Francisco Airport, counsel for HFP incurred charges of only an additional $172.15, over and above the $219.00, for <u>meals, lodging, travel to/from the San Francisco Airport and parking fees at Sky Harbor Airport</u>. Note: Mr. Blanchard also claims "Travel Meals" of $124.18 in addition to the $595.44 of "Travel Expenses.")

12. HFP respectfully submits the fees and charges in the Application are not "reasonable," and should not be charged to or paid by Debtor at this time. The decision on the award of "reasonable" fees and charges should be postponed until after the Ninth Circuit Court of Appeals issues its opinion on the appeal.

DATED April 3, 2009.

\_\_/s/ Arthur E. Romley\_\_(1906)_____
Arthur E. Romley
Attorney for Hall Family Properties, Ltd.

(HFP Objections 090403)

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

        Charles A. Blanchard
        CBlanchard@perkinscoie.com

        Michael W. Carmel
        michael@mcarmellaw.com

Copy of the foregoing mailed on
April 3, 2009 to:

Larry Watson
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706


   /s/  Arthur E. Romley_____

ARTHUR E. ROMLEY
PARK PLACE- SUITE B-290
4647 NORTH 32ND STREET
PHOENIX, ARIZONA 85018 -3345

(HFP Objections 090403)