**SO ORDERED.**

Dated: April 10, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. B-97-10778-PHX-CGC |
| | ) | |
| GOSNELL DEVELOPMENT | ) | **ORDER APPROVING TWELFTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED ON BEHALF OF DEBTOR** |
| CORPORATION OF ARIZONA, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

The Court having reviewed the "Certificate of Service and No Objection Regarding Twelfth Interim Application for Allowance of Compensation and Reimbursement of Expenses for Services Rendered on Behalf of Debtor," filed by Michael W. Carmel, Ltd., and good cause appearing,

**IT IS HEREBY ORDERED** approving and authorizing payment of attorneys' fees to Michael W. Carmel, Ltd. in the amount of $7,630.00 and expenses of $447.88, for a total of $8,077.88, for the period from January 16, 2007 through February 15, 2009.

**IT IS FURTHER ORDERED** authorizing payment of the foregoing administrative fees out of the assets of the estate, subject to availability of funds.

DATED AND SIGNED ABOVE.