**SO ORDERED.**

**Dated: April 24, 2009**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| | Case No. 2:97-bk-10778-CGC |
| GOSNELL DEVELOPMENT CORPORATION OF ARIZONA, | **ORDER** |
| Debtor. | |

The Court, having reviewed the Debtor's "Motion for an Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals" ("Motion"), no objections having been filed, and the Court having conducted a hearing on the matter on April 21, 2009, at 11:00 a.m., good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion.

DATED AND SIGNED ABOVE.