
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GOSNELL DEVELOPMENT CORPORATION OF ARIZONA,<br><br>Debtor. | Chapter<br><br>Case No.<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF PERKINS COIE BROWN & BAIN P.A. FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES FOR SERVICES RENDERED AS SPECIAL COUNSEL FOR DEBTOR** |

Upon the *First Interim Application Of Perkins Coie Brown & Bain P.A. For Allowance And Payment Of Fees And Expenses For Services Rendered As Special Counsel For Debtor* (the "Application"), after hearing on the matter on April 21, 2009, and review of the Application, it appearing to the Court that the Application was properly noticed to creditors, and good cause appearing therefore,

IT IS HEREBY ORDERED approving the March 12, 2009, Application;

IT IS FURTHER ORDERED overruling the objection of Hall Family Properties to the Application;

IT IS FURTHER ORDERED allowing Perkins Coie Brown & Bain P.A. its compensation in the amount of $30,558.50, and reimbursement of its expenses in the amount of $1,971.05 for the period set forth in the Application, for a total allowance of $32,529.55; and

IT IS FURTHER ORDERED authorizing payment of the foregoing administrative fees out of the assets of the estate, subject to availability of funds.

DATED: April __, 2009.

_____
The Honorable Charles G. Case
United States Bankruptcy Judge

54407-0001/LEGAL15453052.2