# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

GOSNELL DEVELOPMENT
CORPORATION OF ARIZONA

Debtor(s)

CASE NO.  B — 97-10778-PHX-CGC

**BUSINESS AND INDUSTRY
MONTHLY OPERATING REPORT**

MONTH OF ___JUNE 2009___

DATE PETITION FILED: AUGUST 8, 1997

TAX PAYER ID NO. 86-0277494

Nature of Debtor's Business: _Development and Construction_

DATE DISCLOSURE STATEMENT: FILED _9-5-97_  TO BE FILED _____

DATE PLAN OF REORGANIZATION: FILED _6-2-98_  TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY
OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

_J.R. Williams_
PRINTED NAME OF RESPONSIBLE PARTY

_Sr. Vice President_
TITLE

_7/10/2009_
DATE

PREPARER:

_Terry M. Kelly_
ORIGINAL SIGNATURE OF PREPARER

_Terry M. Kelly_
PRINTED NAME OF PREPARER

_Accountant_
TITLE

_7-21-09_
DATE

PERSON TO CONTACT REGARDING THIS REPORT: _Terry M. Kelly_

PHONE NUMBER: _602-370-8009_

ADDRESS: _4808 N. 34th Pl., Phoenix, AZ 85018_

ORIGINAL OF REPORT IS FILED WITH THE COURT, COPY IS FILED WITH U.S. TRUSTEE'S OFFICE

**CASE NUMBER: B-97-10778-PHX-CGC**

**CURRENT MONTH'S**
**RECEIPTS AND DISBURSEMENTS**

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | OPERATING | SAVINGS | TAX | TOTAL |
| | #0604-7248 | #4341-9047 | N/A | |
| **1. CASH AND BANK BALANCE - BEGINNING OF MONTH** | $55.62 | $1,072,147.76 | N/A | $1,072,203.38 |
| **RECEIPTS** | | | | $0.00 |
| CASH SALES | | | | $0.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | $0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | $0.00 |
| LOANS AND ADVANCES | | | | $0.00 |
| PARTNERSHIP DISTRIBUTIONS | $0.00 | $0.00 | | $0.00 |
| TRANSFERS IN FROM OTHER ACCOUNTS | $11,300.00 | $0.00 | | $11,300.00 |
| OTHER INCOME-REFUND PROPERTY TAXES | $0.00 | $0.00 | | $0.00 |
| INTEREST INCOME | $0.00 | $186.01 | | $186.01 |
| CD INTEREST INCOME | | $0.00 | | $0.00 |
| **2. TOTAL RECEIPTS** | $11,300.00 | $186.01 | $0.00 | $11,486.01 |
| **DISBURSEMENTS** | | | | |
| BUSINESS - ORDINARY OPERATIONS | $10,567.19 | $53,200.00 | | $63,767.19 |
| SETTLEMENT- REPPEL STEEL | | | | $0.00 |
| TRANSFERS TO OTHER DIP ACCOUNTS | | $11,300.00 | | $11,300.00 |
| TRANSFERS TO STATE/FEDERAL TAXES | | $0.00 | | $0.00 |
| PRE PETITION INTEREST | | | | $0.00 |
| POST PETITION INTEREST | | | | $0.00 |
| REORGANIZATION EXPENSES: | | | | $0.00 |
| ATTORNEY FEES | $0.00 | | | $0.00 |
| ACCOUNTANT FEES | $0.00 | | | $0.00 |
| OTHER PROFESSIONAL FEES | | | | $0.00 |
| U.S. TRUSTEE QUARTERLY FEE | $0.00 | | | $0.00 |
| BANK CHARGES | | $0.00 | | $0.00 |
| **3. TOTAL DISBURSEMENTS** | $10,567.19 | $64,500.00 | $0.00 | $75,067.19 |
| **4. CASH AND BANK BALANCE - END OF MONTH** | $788.43 | $1,007,833.77 | $0.00 | $1,008,622.20 |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| TOTAL DISBURSEMENTS FROM ABOVE | $75,067.19 |
| LESS: TRANSFERS OUT TO OTHER DIP ACCOUNTS | $-0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | $75,067.19 |

FILE NAME: K:\BNKRPTCY\OPERRPRT\PAGE2A June 2009.WK4

# INCOME STATEMENT

(ACCRUAL BASIS)

CASE NUMBER: B-97-10778-PHX-CGC

DEBTOR'S INCOME STATEMENT MAY BE SUBSTITUTED IF IT IS PREPARED IN ACCORDANCE WITH GENERALLY
ЭЕРТЕD ACCOUNTING PRINCIPALS AND IF REORGANIZATION EXPENSES ARE SEGREGATED IN THE STATEMENT

| | CURRENT MONTH | YEAR TO DATE | TOTAL SINCE FILING |
|---|---|---|---|
| **REVENUES** | | | |
| GROSS REVENUES | | | |
| LESS: RETURNS & DISCOUNTS | | | |
| ① NET REVENUE | | | |
| **COST OF GOODS SOLD** | SEE ATTACHED | | |
| MATERIAL | | | |
| DIRECT LABOR | | | |
| DIRECT OVERHEAD (ATTACH DETAIL) | | | |
| ② TOTAL COST OF GOODS SOLD | | | |
| ③ **GROSS PROFIT (MARGIN)** | | | |
| **OPERATING EXPENSES** | | | |
| OFFICER / INSIDER COMPENSATION | | | |
| SELLING & MARKETING (ATTACH DETAIL) | | | |
| GENERAL & ADMINIST. (ATTACH DETAIL) | | | |
| OTHER (ATTACH LIST) | | | |
| ④ TOTAL OPERATING EXPENSES | | | |
| ⑤ INCOME BEFORE NON-OPERATING INCOME & EXPENSES | | | |
| **OTHER INCOME & EXPENSES** | | | |
| OTHER INCOME (ATT. LIST) | | | |
| OTHER EXPENSE (ATT. LIST) | | | |
| INTEREST EXPENSE | | | |
| DEPRECIATION / DEPLETION | | | |
| AMORTIZATION | | | |
| ⑥ NET OTHER INCOME & EXPENSES | | | |
| ⑦ INCOME BEFORE REORGANIZATION EXPENSE | | | |
| **REORGANIZATION EXPENSES** | | | |
| PROFESSIONAL FEES | | | |
| U.S. TRUSTEE FEES | | | |
| OTHER (ATTACH LIST) | | | |
| ⑧ TOTAL REORGANIZATION EXPENSES | | | |
| ⑨ INCOME TAX | | | |
| ⑨ NET PROFIT OR (LOSS) | | | |

B&I-3  11/1/96

3

GDC of AZ-Debtor in Possession
Statement of Income and Expense
For the Month and Year to Date Ended June 30, 2009
Prepared Without Audit

| | Current Activity | Current Percent | To-Date Balance | To Date Percent |
|---|---|---|---|---|
| **Revenue** | | | | |
| ------- | | | | |
| Total Revenue | | | | |
| | | | | |
| Cost of Construction | | | | |
| --------------------- | | | | |
| | | | | |
| Total Costs | | | | |
| Gross Profit/(Loss) | | | | |
| Other Income/(Loss) | | | | |
| ------------ | | | | |
| Interest Income | 186.01 | | 1,502.63 | |
| Total Other Income/(Loss) | $ 186.01 | | $ 1,502.63 | |
| | | | | |
| **Expenses** | | | | |
| -------- | | | | |
| Administrative Expenses | | | | |
| Payroll Expenses | 55,738.75 | | 265,586.75 | |
| Rental Expenses | 7,430.98 | | 7,430.98 | |
| Repairs and Maintenance | 35.87 | | 45.68 | |
| Utilities | 1,946.54 | | 2,475.49 | |
| Real/Personal Property Taxes | 119.90 | | 6,918.53 | |
| Professional Fees | 900.00 | | 68,027.88 | |
| Promotional Expense | 896.98 | | 1,200.76 | |
| License and Fees | | | 1,720.00 | |
| Other Office Expense | 12.25 | | 42.10 | |
| Total Admin Expenses | $ 67,081.27 | | $ 353,448.17 | |
| | | | | |
| Net Income/(Loss) before Adjust. | $ (66,895.26) | | $ (351,945.54) | |
| | | | | |
| Other Non-Operating Expenses | | | | |
| ----------------------------- | | | | |
| | | | | |
| Net Income/(Loss) | $ (66,895.26) | | $ (351,945.54) | |

# COMPARATIVE BALANCE SHEET
(ACCRUAL BASIS)

CASE NUMBER:  B-97-10778-PHX-CGC

## SEE ATTACHED

☐ ⌐ TOR'S IN-HOUSE OR COMPUTERIZED BALANCE SHEET MAY BE SUBSTITUTED FOR THIS STATEMENT IF IT IS PREPARED USING
☐ ⌐ERALLY ACCEPTED ACCOUNTING PRINCIPALS AND IF PRE-PETITION AND POST-PETITION LIABILITIES ARE SEGREGATED.

| | | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|---|
| **ASSETS** | | | | |
| | UNRESTRICTED CASH | | | |
| | RESTRICTED CASH | | | |
| ① | TOTAL CASH | | | |
| | ACCOUNTS RECEIVABLE (NET) | | | |
| | INVENTORY | | | |
| | NOTES RECEIVABLE | | | |
| | PREPAID EXPENSES | | | |
| | OTHER (ATTACH LIST) | | | |
| ② | TOTAL CURRENT ASSETS | | | |
| | PROPERTY, PLANT & EQUIPMENT | | | |
| | LESS: ACCUMULATED DEPRECIATION/DEPLETION | | | |
| ③ | NET PROPERTY, PLANT & EQUIP. | | | |
| | DUE FROM INSIDERS | | | |
| | OTHER ASSETS – NET OF AMORTIZATION (ATTACH LIST) | | | |
| | OTHER (ATTACH LIST) | | | |
| ④ | **TOTAL ASSETS** | | | |
| **POSTPETITION LIABILITIES** | | | | |
| | ACCOUNTS PAYABLE | | | |
| | TAXES PAYABLE | | | |
| | NOTES PAYABLE | | | |
| | PROFESSIONAL FEES | | | |
| | SECURED DEBT | | | |
| | OTHER (ATTACH LIST) | | | |
| ⑤ | TOTAL POSTPETITION LIABILITIES | | | |
| **PREPETITION LIABILITIES** | | | | |
| | SECURED DEBT | | | |
| | PRIORITY DEBT | | | |
| | UNSECURED DEBT | | | |
| | OTHER (ATTACH LIST) | | | |
| ⑥ | TOTAL PREPETITION LIABILITIES | | | |
| ⑦ | TOTAL LIABILITIES | | | |
| **EQUITY** | | | | |
| | PREPETITION OWNERS' EQUITY | | | |
| | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | | |
| | DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | |
| ⑧ | **TOTAL EQUITY** | | | |
| ⑨ | **TOTAL LIABILITIES & OWNERS' EQUITY** | | | |

# GDC of AZ-Debtor in Possession
## Balance Sheet
### June 30, 2009
### Prepared Without Audit

## ASSETS

Current Assets
--------------

| | |
|---|---:|
| Cash - Checking | 788.43 |
| Cash - Savings | 1,007,833.77 |
| Marketable Securities | 50,000.00 |
| Accounts Receivable - Related Parties | 5,711,996.22 |
| Allowance for Doubtful Accts | (5,711,996.22) |
| Total Current Assets | $ 1,058,622.20 |

Fixed Assets
------------

Total Fixed Assets

Fixed Assets Net

Long Term Assets
----------------

| | |
|---|---:|
| Equity Investments | 8,556,066.92 |
| Total Long Term Assets | $ 8,556,066.92 |

Intangible Assets
-----------------

| | |
|---|---:|
| TOTAL ASSETS | $ 9,614,689.12 |

# GDC of AZ-Debtor in Possession
## Balance Sheet
### June 30, 2009
#### Prepared Without Audit

## LIABILITIES & EQUITY (DEFICIT)

### Current Liabilities
--------------------
PRE-PETITION:

| | |
|---|---|
| Notes Payable - Related Parties | 2,972,506.25 |
| Accounts Payable - Other | 34,129,463.95 |
| Accounts Payable - Resort Affiliates | 36,045.15 |
| Accounts Payable - Related Parties | 420,539.80 |
| Accrued Payroll/Benefits | 37,219.43 |
| Accrued Interest | 110,079.18 |
| Accrued Interest - Related Parties | 326,079.71 |
| Accrued Liabilities | 84,125.40 |
| Total Pre-petition | $ 38,116,058.87 |

POST-PETITION:

| | |
|---|---|
| Accounts Payable - Related Parties | 157,667.08 |
| Accrued Interest | 1,072,164.00 |
| Accrued Expenses - Other | 114,002.00 |
| Total Post-petition | $ 1,343,833.08 |
| Total Current Liabilities | $ 39,459,891.95 |

### Long Term Liabilities
---------------------
PRE-PETITION:

| | |
|---|---|
| Mortgages Payable | 11,813.20 |
| Notes Payable | 100,000.00 |
| Notes Payable - Related Parties | 210,000.00 |
| Deferred Developer Fees | 47,704.00 |
| Total Pre-petition | $ 369,517.20 |

POST-PETITION:

| | |
|---|---|
| Income Tax Payable | 8,545,110.05 |
| Total Pre-petition | $ 8,545,110.05 |
| Total Long Term Liabilities | $ 8,914,627.25 |
| | |
| TOTAL LIABILITIES | $ 48,374,519.20 |

## EQUITY (DEFICIT)

### Equity (Deficit)
------

| | |
|---|---|
| Common Stock | 28,500.00 |
| Retained Earnings (Deficit) | (38,436,384.54) |
| | |
| Net Income (Loss) | (351,945.54) |
| | |
| TOTAL EQUITY (DEFICIT) | $ (38,759,830.08) |
| | |
| TOTAL LIABILITIES & EQUITY (DEFICIT) | $ 9,614,689.12 |

GOSNELL DEVELOPMENT CORP. OF ARIZONA

| CASE NUMBER: B-97-10778-PHX-CGC | STATUS OF ASSETS |
|---|---|

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 DAYS | 31-60 DAYS | 60+ DAYS |
|---|---|---|---|---|
| TOTAL ACCOUNTS RECEIVABLE | $0.00 | $0.00 | | $0.00 |
| LESS: AMOUNT CONSIDERED UNCOLLECTIBLE | $0.00 | $0.00 | | $0.00 |
| 1. ACCOUNTS RECEIVABLE (NET) | $0.00 | $0.00 | $0.00 | $0.00 |

| DUE FROM INSIDERS | |
|---|---|
| SCHEDULED AMOUNT (REVISED) | $5,336,063.39 |
| PLUS: AMOUNT EXTENDED SINCE DATE OF FILING* | $1,930,180.69 |
| LESS: AMOUNT COLLECTED SINCE DATE OF FILING | $1,554,247.86 |
| LESS: AMOUNT CONSIDERED UNCOLLECTIBLE | $5,711,996.22 |
| 2. TOTAL DUE FROM INSIDERS | ($0.00) |

* Accrued interest

| INVENTORY | | |
|---|---|---|
| BEGINNING INVENTORY | $ | N/A |
| ADD: PURCHASES | | N/A |
| LESS: COST OF GOODS SOLD (COST BASIS) | | N/A |
| 3. ENDING INVENTORY | $ | N/A |

DATE THE LAST PHYSICAL INVENTORY WAS TAKEN: _____ N/A

| FIXED ASSETS | SCHEDULED AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| REAL PROPERTY | $0.00 | $0.00 | $0.00 | $0.00 |
| BUILDINGS/PLANT | | | | |
| ACCUM. DEPRECIATION | | | | |
| NET BUILDINGS/PLANT | | | | |
| EQUIPMENT | | | | |
| ACCUM. DEPRECIATION | | | | |
| NET EQUIPMENT | | | | |
| AUTOS & VEHICLES | $0.00 | $0.00 | $0.00 | $0.00 |
| ACCUM. DEPRECIATION | $0.00 | $0.00 | $0.00 | $0.00 |
| NET AUTOS & VEHICLES | $0.00 | $0.00 | $0.00 | $0.00 |

Please provide a description of fixed asset additions and deletions that occured during the reporting period including date court order signed authorizing same:

_____

_____

_____

_____

CASE NUMBER: B-97-10778-PHX-CGC

## STATUS OF LIABILITIES
## AND SENSITIVE PAYMENTS

| POSTPETITION UNPAID OBLIGATIONS | TOTAL | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|
| ACCOUNTS PAYABLE* | $157,667.08 | $900.00 | $900.00 | $900.00 | $154,967.08 |
| TAXES PAYABLE | $8,545,110.05 | $0.00 | $0.00 | $0.00 | $8,545,110.05 |
| NOTES PAYABLE | | | | | |
| PROFESSIONAL FEES | $114,002.00 | | | | $114,002.00 |
| SECURED DEBT | | | | | |
| ACCRUED INTEREST | $1,072,164.00 | $0.00 | $0.00 | $0.00 | $1,072,164.00 |
| TOTAL POST-PETITION LIABILITIES | $9,888,943.13 | $900.00 | $900.00 | $900.00 | $9,886,243.13 |

**\* DEBTORS MUST ATTACH AN AGED LISTING OF ACCOUNTS PAYABLE**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (OFFICERS, DIRECTORS, GENERAL PARTNERS, PERSONS IN CONTROL OR RELATIVES OF THE ABOVE) AND TO PROFESSIONALS (ATTORNEYS, ACCOUNTANTS, ETC.). FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (E.G., SALARY, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, TEC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| NAME | REASON FOR PAYMENT | | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | $0.00 | $0.00 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | AMOUNT PAID THIS MONTH | TOTAL PAID TO DATE |
| VIVOLI AND ASSOCIATES | | $50,000.00 | $50,000.00 | | $50,000.00 |
| KRISTINA C. GIBSON | | $2,025.00 | $2,025.00 | | $2,025.00 |
| ELAINE BRINKMAN | | $387.50 | $387.50 | | $387.50 |
| MICHAEL W. CARMEL LTD. | | $8,077.88 | $8,077.88 | | $8,077.88 |
| ASSOCIATED FINANCIAL SERVICES | | $2,137.50 | $2,137.50 | | $2,137.50 |
| TOTAL PAYMENTS TO PROFESSIONALS | | $62,627.88 | $62,627.88 | $0.00 | $62,627.88 |

FILE NAME:  K:\BNKRPTCY\OPERRPRT\PAGE6 June 2009.WK4

CASE NUMBER: B-97-10778-PHX-CGC

# CASE STATUS

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? |  | X |
| ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | X |  |
| ARE ANY WAGE PAYMENTS PAST DUE? |  | X |
| ARE ANY U.S. TRUSTEE QUARTERLY FEES DELINQUENT? |  | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. (ATTACH ADDITIONAL SHEETS IF NECESSARY).

ACCRUED INTEREST ON PARTNERSHIP ACCOUNTS RECEIVABLE.

PAYMENT OF SUBSIDIARIES PROPERTY TAXES

CURRENT NUMBER OF EMPLOYEES:          NONE

## INSURANCE

| TYPE OF POLICY | CARRIER AND POLICY NUMBER | PERIOD COVERED | EXPIRATION DATE | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|---|
| Commercial General Liability | James River Ins. Co. 00015053- | 3/11/09-3/11/10 | 03/11/2009 | PAID |

**WHAT STEPS HAVE BEEN TAKEN TO REMEDY ANY OF THE PROBLEMS THAT BROUGHT AMOUT THE CHAPTER 11 FILING?**

As a result of certain affiliates filing a complaint in the California Superior Court against Astra Mgmt Corp. relating to the development of the Pointe Residential Properties owned by WWI Prop., LLC, A judgment was entered in favor of the affiliates; however, a principal of Astra has declared bankruptcy. The lawsuit against Astra does not involve the operations or affairs of GDC of AZ, however GDC of AZ is a potential benefactor in the outcome of the litigation and bankruptcy due to its ownership in BN Partners.

**LIST ANY MATTERS THAT ARE DELAYING THE FILING OF A PLAN OF REORGANIZATION.**

NONE

# GOSNELL DEVELOPMENT CORP. OF ARIZONA

| CASE NUMBER: B-97-10778-PHX-CGC |
|---|

**DISBURSEMENTS DETAIL**

MONTH: **JUNE 2009**

ACCOUNT NO.: **0604-7248**

A LISTING OF ALL DISBURSEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. THE DEBTOR'S COMPUTERIZED DISBURSEMENT JOURNAL OR REGISTER MAY BE SUBSTITUTED FOR THIS FORM. (ATTACH ADDITIONAL SHEETS AS NEEDED).

BANK: **BANK-ONE**

## CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **TOTAL CASH DISBURSEMENTS** | | | $0.00 |

## CHECKS ISSUED

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 1563 | 08-Jun-09 | REBECCA WEILER | TEMPORARY SERVICES | $933.75 |
| 1564 | 10-Jun-09 | CT CORPORATION SYSTEM | FEES AND LICENSES EXP | $270.00 |
| 1565 | 10-Jun-09 | UNITED PARCEL SERVICE | POSTAGE / SHIPPING | $29.85 |
| 1566 | 29-Jun-09 | AT & T MOBILITY | TELEPHONE EXPENSE | $64.71 |
| 1567 | 29-Jun-09 | PAT DONNELLY | REIMBURSED EXPENSES | $122.94 |
| 1568 | 29-Jun-09 | GREAT AMERICA LEASING CORP. | LEASE EXPENSE | $172.11 |
| 1569 | 29-Jun-09 | INTERWRX | TELEPHONE/INTERNET | $294.00 |
| 1570 | 29-Jun-09 | OFFICE EQUIPMENT FINANCE SERV. | LEASE EXPENSE | $449.97 |
| 1571 | 29-Jun-09 | PLAZA SQUAW PEAK, LLC | RENT EXPENSE | $4,731.53 |
| 1572 | 29-Jun-09 | QWEST | TELEPHONE EXPENSE | $608.21 |
| 1573 | 29-Jun-09 | QWEST | TELEPHONE EXPENSE | $507.39 |
| 1574 | 29-Jun-09 | TELEPACIFIC COMMUNICATIONNS | TELEPHONE EXPENSE | $365.86 |
| 1575 | 29-Jun-09 | JOHN R. WILLIAMS | REIMBURSED EXPENSES | $411.87 |
| 1576 | 29-Jun-09 | REBECCA WEILER | TEMPORARY SERVICES | $1,605.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL CHECKS LISTED ON THIS PAGE** | | | | $10,567.19 |
| **TOTAL CHECKS LISTED ON CONTINUATION PAGES** | | | | |
| **TOTAL CHECKS LISTED ON ALL PAGES** | | | | |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $10,567.19 |
|---|---|

GOSNELL DEVELOPMENT CORP. OF ARIZONA

| CASE NUMBER: B-97-10778-PHX-CGC | DISBURSEMENTS DETAIL |
|---|---|

A LISTING OF ALL DISBURSEMENTS MUST BE ATTACHED FOR EACH ACCOUNT. THE DEBTOR'S COMPUTERIZED DISBURSEMENT JOURNAL OR REGISTER MAY BE SUBSTITUTED FOR THIS FORM. (ATTACH ADDITIONAL SHEETS AS NEEDED)

BANK: **BANK-ONE**

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| 15-Jun-09 | POINTE & GOSNELL BUILDERS | ALLOCATED SALARIES | $23,886.00 |
| 29-Jun-09 | POINTE & GOSNELL BUILDERS | ALLOCATED SALARIES | $29,314.00 |
| 11-Jun-09 | GDC - DEBTOR IN POSSESSION | TRANSFER TO CHECKING | $300.00 |
| 29-Jun-09 | GDC - DEBTOR IN POSSESSION | TRANSFER TO CHECKING | $11,000.00 |
| | | | |
| | **TOTAL CASH DISBURSEMENTS** | | $64,500.00 |

### CHECKS ISSUED

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL CHECKS LISTED ON THIS PAGE** | | | | $0.00 |
| **TOTAL CHECKS LISTED ON CONTINUATION PAGES** | | | | |
| **TOTAL CHECKS LISTED ON ALL PAGES** | | | | |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | | | | $64,500.00 |

FILE NAME: K:\BNKRPTCY\OPERRPRT\PAGE8SAV June 2009.WK4

The Gosnell Company
Design: H:\TIMBERLINE\REPORT\CUSTOM\Trial Balance.rpt
Operator: LORIR

| Account | Account Title | Prior Balance | Current Period Activity | Current Balance |
|---|---|---|---|---|
| Company: GDC of AZ-Debtor in Possession | | | | |
| Period Ending: 06-30-09 | | | | |
| 270-20023-00-1000.000 | Cash-Checking (Operating) | 55.62 | 732.81 | 788.43 |
| 270-20023-00-1020.000 | Cash-Savings/Money Markets | 1,072,147.76 | 64,313.99- | 1,007,833.77 |
| 270-20023-00-1050.000 | Marketable Securities | 50,000.00 | .00 | 50,000.00 |
| 270-20023-00-1110.061 | Accounts Rec-Mary Ellen Properties | 5,711,996.22 | .00 | 5,711,996.22 |
| 270-20023-00-1190.110 | Allow for Doubtful Accts-A/R Interco | 5,711,996.22- | .00 | 5,711,996.22- |
| 270-20023-00-1610.021 | Investment- Gosnell/Jones | 21,297.28 | .00 | 21,297.28 |
| 270-20023-00-1610.046 | Investment-Pointe TC Ltd P/S | 1,103.95- | .00 | 1,103.95- |
| 270-20023-00-1610.061 | Investment-Mary Ellen Properties | 1,595,730.41- | .00 | 1,595,730.41- |
| 270-20023-00-1610.062 | Investment-Beside the Pointe Prop | 180,962.37 | .00 | 180,962.37 |
| 270-20023-00-1610.065 | Investment-Expansion Pointe Prop | 7,831,415.12 | .00 | 7,831,415.12 |
| 270-20023-00-1610.068 | Investment-PSM Resort Properties #1 | 10,670,554.00- | .00 | 10,670,554.00- |
| 270-20023-00-1610.069 | Investment-Pte Tapatio Resort Prop #1 | 11,945,409.37- | .00 | 11,945,409.37- |
| 270-20023-00-1610.076 | Investment-PGB Land Ltd Co #1 | 7,809.72- | .00 | 7,809.72- |
| 270-20023-00-1610.093 | Investment-BN Partners | 667,925.93 | .00 | 667,925.93 |
| 270-20023-00-1610.168 | Investment-PSM Resort Properties #2 | 106,792.49- | .00 | 106,792.49- |
| 270-20023-00-1611.009 | Other Investments-Gosnell/Jones Mesqt | 77,909.06 | .00 | 77,909.06 |
| 270-20023-00-1641.000 | Provision for Investment | 24,771,883.03 | .00 | 24,771,883.03 |
| 270-20023-00-1641.093 | Provision for Investment-BN Partners | 667,925.93- | .00 | 667,925.93- |
| 270-20023-00-2050.000 | Accounts Payable-Monthly Clearing | 1,142.39- | 2,414.08- | 3,556.47- |
| 270-20023-00-2053.000 | Accounts Payable-PGB Investment Corp | 3,699.45- | .00 | 3,699.45- |
| 270-20023-00-2055.000 | Accounts Payable-Miscellaneous | 33,832,571.12- | .00 | 33,832,571.12- |
| 270-20023-00-2055.017 | Accounts Payable-Gansinger, Hinshaw | 48,922.36- | .00 | 48,922.36- |
| 270-20023-00-2055.019 | Accts Payable-Park Hyatt Litigation | 244,414.00- | .00 | 244,414.00- |
| 270-20023-00-2055.025 | Accounts Payable - William A. Gosnell | 99.72- | .00 | 99.72- |
| 270-20023-00-2055.026 | Accts Payable-Daniel G. Gosnell | 8,469.96- | .00 | 8,469.96- |
| 270-20023-00-2060.001 | A/P Interco-The Pointe Group Ltd. | 800.00- | .00 | 800.00- |
| 270-20023-00-2060.004 | A/P Interco-PGB Mgmt Corp. | 399,690.08- | .00 | 399,690.08- |
| 270-20023-00-2060.005 | A/P Interco-Pointe Interests, Ltd. | 2,866.16- | .00 | 2,866.16- |
| 270-20023-00-2060.012 | A/P Interco-GBC of Arizona | 12.25- | .00 | 12.25- |
| 270-20023-00-2060.013 | A/P Interco-Pte Resid Corp | 26.25- | .00 | 26.25- |
| 270-20023-00-2060.017 | A/P Interco-Pte Design Group | 1,695.94- | .00 | 1,695.94- |
| 270-20023-00-2060.018 | A/P Interco-Pte Resorts, Inc. | 192.08- | .00 | 192.08- |
| 270-20023-00-2060.021 | Accounts Payable-Gosnell/Jones | 15.80- | .00 | 15.80- |
| 270-20023-00-2060.060 | A/P Interco-Clocktower Prop | 76.85- | .00 | 76.85- |
| 270-20023-00-2060.148 | Accts Payable-Pte Resorts Phoenx, LLC | 2,895.26- | .00 | 2,895.26- |
| 270-20023-00-2070.113 | Accts Payable-Pte Hilton @ Tap Cliffs | 30,042.51- | .00 | 30,042.51- |
| 270-20023-00-2070.114 | Accts Payable-Pte Hilton @ S. M. | 6,002.64- | .00 | 6,002.64- |
| 270-20023-00-2087.008 | Notes Payable-DGG MEH Legal Fees | 100,000.00- | .00 | 100,000.00- |
| 270-20023-00-2087.009 | Notes Payable-RAG MEH Legal Fees | 200,000.00- | .00 | 200,000.00- |
| 270-20023-00-2087.010 | Notes Payable-WAG MEH Legal Fees | 150,000.00- | .00 | 150,000.00- |
| 270-20023-00-2087.101 | Note Payable-BGO, LLC (Note A)_ | 1,180,000.00- | .00 | 1,180,000.00- |
| 270-20023-00-2087.102 | Note Payable-BGO, LLC (Note B) | 345,121.40- | .00 | 345,121.40- |
| 270-20023-00-2088.004 | Interco N/P-PGB Management Corp | 8,198.90- | .00 | 8,198.90- |
| 270-20023-00-2088.044 | Interco N/P-Pte SM Ltd P/S | 989,185.95- | .00 | 989,185.95- |
| 270-20023-00-2094.000 | Post-Petition - Other Accrued Expens | 114,002.00- | .00 | 114,002.00- |
| 270-20023-00-2097.005 | Post Petition-Accrd Int-Income Taxes | 1,072,164.00- | .00 | 1,072,164.00- |
| 270-20023-00-2098.004 | Post Petition-A/P-PGB Management Crp. | 156,752.28- | 900.00- | 157,652.28- |
| 270-20023-00-2098.005 | Post Petition A/P-Pte Interests | 14.80- | .00 | 14.80- |
| 270-20023-00-2110.000 | Accrued Salaries | 23,933.45- | .00 | 23,933.45- |
| 270-20023-00-2120.000 | Accrued Incentives | 13,285.98- | .00 | 13,285.98- |
| 270-20023-00-2150.003 | Accrued Interest-Chapmans | 59,795.06- | .00 | 59,795.06- |
| 270-20023-00-2150.008 | Accrued Interest-DGG (MEP Def) | 26,993.37- | .00 | 26,993.37- |
| 270-20023-00-2150.009 | Accrued Interest-Gosnell, RA (MEP Df) | 23,354.79- | .00 | 23,354.79- |
| 270-20023-00-2150.010 | Accrued Interest-WAG (MEP Def) | 18,684.19- | .00 | 18,684.19- |
| 270-20023-00-2150.013 | Accrued Interest-Gosnell, Daniel | 199,128.50- | .00 | 199,128.50- |
| 270-20023-00-2150.030 | Accrued Interest-Park Hyatt | 50,284.12- | .00 | 50,284.12- |
| 270-20023-00-2150.101 | Accrued Interest-BGO, LLC (Note A) | 33,460.27- | .00 | 33,460.27- |
| 270-20023-00-2150.102 | Accrued Interest-BGO, LLC (Note B) | 23,553.35- | .00 | 23,553.35- |
| 270-20023-00-2151.004 | Accrued Interest Interco-PGB Mgmt | 905.24- | .00 | 905.24- |
| 270-20023-00-2156.020 | Accrued Legal Fees-Provsn for PHTC HO | 66,000.00- | .00 | 66,000.00- |
| 270-20023-00-2300.000 | Other Accruals | 18,125.40- | .00 | 18,125.40- |
| 270-20023-00-3010.002 | Mortgages Payable-Regional Investment | 11,813.20- | .00 | 11,813.20- |
| 270-20023-00-3020.003 | Notes Payable-Dictionary Hill | 100,000.00- | .00 | 100,000.00- |
| 270-20023-00-3020.013 | Notes Payable-DGG (PTRP#1) | 210,000.00- | .00 | 210,000.00- |
| 270-20023-00-3630.000 | Deferred Developer Fee | 47,704.00- | .00 | 47,704.00- |

The Gosnell Company
Design: H:\TIMBERLINE\REPORT\CUSTOM\Trial Balance.rpt
Operator: LORIR

| Account | Account Title | Prior Balance | Current Period Activity | Current Balance |
|---------|---------------|---------------|-------------------------|-----------------|
| 270-20023-00-3910.000 | Post Petition-L/T Payable-Fed Inc Tax | 3,557,163.00- | .00 | 3,557,163.00- |
| 270-20023-00-3911.000 | Post Pet-L/T Pay-Fed Inc Tax-Penalts | 1,422,703.00- | .00 | 1,422,703.00- |
| 270-20023-00-3912.000 | Post Pet-L/T Pay-Fed Inc Tax-Interest | 2,537,694.00- | .00 | 2,537,694.00- |
| 270-20023-00-3920.000 | Post Petition-L/T Payable-St Inc Tax | 736,859.00- | .00 | 736,859.00- |
| 270-20023-00-3921.000 | Post Pet-L/T Pay-State Inc Tax Penlts | 73,685.05- | .00 | 73,685.05- |
| 270-20023-00-3922.000 | Post Pet-L/T Pay-State Inc Tax-Intrst | 217,006.00- | .00 | 217,006.00- |
| 270-20023-00-4100.000 | Common Stock | 28,500.00- | .00 | 28,500.00- |
| 270-20023-00-4200.000 | Retained Earnings | 37,142,384.54 | .00 | 37,142,384.54 |
| 270-20023-00-4400.000 | Stockholders Distributions | 1,294,000.00 | .00 | 1,294,000.00 |
| 270-20023-00-5900.001 | Other Income Interest-Savings | 1,001.89- | 186.01- | 1,187.90- |
| 270-20023-00-5900.002 | Other Income Interest-Other | 314.73- | .00 | 314.73- |
| 270-20023-00-7000.000 | Salaries | 209,848.00 | 53,200.00 | 263,048.00 |
| 270-20023-00-7070.000 | Temporary Services | .00 | 2,538.75 | 2,538.75 |
| 270-20023-00-7105.000 | Ground Lease Rental | .00 | 7,050.27 | 7,050.27 |
| 270-20023-00-7110.005 | Equipment Rental-Copier | .00 | 380.71 | 380.71 |
| 270-20023-00-7220.001 | Maint & Repair Vehicles-Gasolin Expns | 9.81 | 35.87 | 45.68 |
| 270-20023-00-7310.000 | Telephone | 365.86 | 1,507.57 | 1,873.43 |
| 270-20023-00-7310.001 | Cellular/Mobile Phone Usage | 163.09 | 115.64 | 278.73 |
| 270-20023-00-7310.002 | Telephone - Internet | .00 | 323.33 | 323.33 |
| 270-20023-00-7400.000 | Real Estate Property Tax | 6,798.63 | .00 | 6,798.63 |
| 270-20023-00-7420.000 | Sales Tax Rentals | .00 | 119.90 | 119.90 |
| 270-20023-00-7700.000 | Accounting Fees | 4,550.00 | .00 | 4,550.00 |
| 270-20023-00-7710.000 | Legal Fees-Direct | 58,077.88 | .00 | 58,077.88 |
| 270-20023-00-7730.006 | Indirect Mgmt Fees-Accounting | 2,500.00 | 500.00 | 3,000.00 |
| 270-20023-00-7730.019 | Indirect Mgmt Fees-Executive | 2,000.00 | 400.00 | 2,400.00 |
| 270-20023-00-7820.000 | Travel Expenses | 125.40 | 241.98 | 367.38 |
| 270-20023-00-7821.000 | Travel-Meals | 6.27 | 14.19 | 20.46 |
| 270-20023-00-7855.000 | Leasing Expense | 172.11 | 640.81 | 812.92 |
| 270-20023-00-7910.000 | Fees & Licenses | 1,720.00 | .00 | 1,720.00 |
| 270-20023-00-7912.002 | Postage/Shipping-United Parcel Servic | 29.85 | .00 | 29.85 |
| 270-20023-00-7920.000 | Recruiting & Employment | .00 | 12.25 | 12.25 |
| | Totals: | .00* | .00* | .00* |
| | GRAND TOTALS | .00* | .00* | .00* |

The Gosnell Company                    Year-to-date Ledger – Accrual

7-21-2009  Page 1
System Date: 7-21-2009
System Time:  3:03 pm
Files Used: H:\TIMBERLINE\DATA\MASTER.GLM
H:\TIMBERLINE\DATA\CURRENT.GLT
H:\TIMBERLINE\DATA\HISTORY.GLT

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-----|-----|-------|-----------------|-------------------|-------|--------|----------------|

270  Gosnell Development Corp of AZ
270-20023  GDC of AZ-Debtor in Possession (6-01-2009 - 6-30-2009)
270-20023-00  GDC of AZ-Debtor in Possession

270-20023-00-1000.000   Cash-Checking (Operating)

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-----|-----|-------|-----------------|-------------------|-------|--------|----------------|
| 6-08-2009 | APJ | | | 1rpc | Summary Entry | | | 933.75- | |
| 6-10-2009 | APJ | | | 1rpc | Summary Entry | | | 299.85- | |
| 6-11-2009 | | 2GDC | | eber0610 | Transfer to 2GCBK | | 300.00 | | |
| 6-29-2009 | | 2GDC | | eber06 | Transfer to 2GDCBK | | 11,000.00 | | |
| 6-29-2009 | APJ | | | | | | | 9,333.59- | |

        Total Account 270-20023-00-1000.000 - Cash-Checking    55.62*    11,300.00*    10,567.19-*    788.43*

270-20023-00-1020.000   Cash-Savings/Money Markets

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-----|-----|-------|-----------------|-------------------|-------|--------|----------------|
| 6-11-2009 | | | | eber0610 | CM Edit Register summary | | | 300.00- | |
| 6-15-2009 | | | | eber0610 | CM Edit Register summary | | | 23,886.00- | |
| 6-29-2009 | | | | eber06 | CM Edit Register summary | | | 40,314.00- | |
| 6-30-2009 | | | | eber0620 | CM Edit Register summary | | 186.01 | | |

        Total Account 270-20023-00-1020.000 - Cash-Savings/M    1,072,147.76*    186.01*    64,500.00-*    1,007,833.77*

270-20023-00-1050.000   Marketable Securities

        Total Account 270-20023-00-1050.000 - Marketable Sec    50,000.00*    .00*    .00*    50,000.00*

270-20023-00-1110.061   Accounts Rec-Mary Ellen Properties

        Total Account 270-20023-00-1110.061 - Accounts Rec-M    5,711,996.22*    .00*    .00*    5,711,996.22*

270-20023-00-1190.110   Allow for Doubtful Accts-A/R Interco

        Total Account 270-20023-00-1190.110 - Allow for Doub    5,711,996.22-*    .00*    .00*    5,711,996.22-*

270-20023-00-1610.021   Investment- Gosnell/Jones

        Total Account 270-20023-00-1610.021 - Investment- Go    21,297.28*    .00*    .00*    21,297.28*

270-20023-00-1610.046   Investment-Pointe TC Ltd P/S

        Total Account 270-20023-00-1610.046 - Investment-Poi    1,103.95-*    .00*    .00*    1,103.95-*

270-20023-00-1610.061   Investment-Mary Ellen Properties

        Total Account 270-20023-00-1610.061 - Investment-Mar    1,595,730.41-*    .00*    .00*    1,595,730.41-*

270-20023-00-1610.062   Investment-Beside the Pointe Prop

        Total Account 270-20023-00-1610.062 - Investment-Bes    180,962.37*    .00*    .00*    180,962.37*

270-20023-00-1610.065   Investment-Expansion Pointe Prop

        Total Account 270-20023-00-1610.065 - Investment-Exp    7,831,415.12*    .00*    .00*    7,831,415.12*

270-20023-00-1610.068   Investment-PSM Resort Properties #1

        Total Account 270-20023-00-1610.068 - Investment-PSM    10,670,554.00-*    .00*    .00*    10,670,554.00-*

270-20023-00-1610.069   Investment-Pte Tapatio Resort Prop #1

        Total Account 270-20023-00-1610.069 - Investment-Pte    11,945,409.37-*    .00*    .00*    11,945,409.37-*

270-20023-00-1610.076   Investment-PGB Land Ltd Co #1

        Total Account 270-20023-00-1610.076 - Investment-PGB    7,809.72-*    .00*    .00*    7,809.72-*

270-20023-00-1610.093   Investment-BN Partners

        Total Account 270-20023-00-1610.093 - Investment-BN    667,925.93*    .00*    .00*    667,925.93*

270-20023-00-1610.168   Investment-PSM Resort Properties #2

        Total Account 270-20023-00-1610.168 - Investment-PSM    106,792.49-*    .00*    .00*    106,792.49-*

270-20023-00-1611.009   Other Investments-Gosnell/Jones Mesquite

        Total Account 270-20023-00-1611.009 - Other Investme    77,909.06*    .00*    .00*    77,909.06*

270-20023-00-1641.000   Provision for Investment

        Total Account 270-20023-00-1641.000 - Provision for    24,771,883.03*    .00*    .00*    24,771,883.03*

270-20023-00-1641.093   Provision for Investment-BN Partners

        Total Account 270-20023-00-1641.093 - Provision for    667,925.93-*    .00*    .00*    667,925.93-*

The Gosnell Company                  Year-to-date Ledger — Accrual                7-21-2009   Page 2
                                                                                 System Date: 7-21-2009
                                                                                 System Time:  3:03 pm
                                                                    Files Used: H:\TIMBERLINE\DATA\MASTER.GLM
                                                                                H:\TIMBERLINE\DATA\CURRENT.GLT
                                                                                H:\TIMBERLINE\DATA\HISTORY.GLT

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| 270-20023-00-2050.000 | | | | | Accounts Payable-Monthly Clearing | | | | |
| 6-01-2009 | APJ | | | 1rei | Summary Entry | | | 507.39- | |
| 6-02-2009 | APJ | | | 1rei | Summary Entry | | | 743.97- | |
| 6-03-2009 | APJ | | | 1rei | Summary Entry | | | 608.21- | |
| 6-05-2009 | APJ | | | 1rei | Summary Entry | | 933.75 | 933.75- | |
| 6-08-2009 | APJ | | | | | | 299.85 | 294.95- | |
| 6-10-2009 | APJ | | | 1rpc | Summary Entry | | | 20.83- | |
| 6-16-2009 | APJ | | | 1rei | Summary Entry | | | 4,043.64- | |
| 6-19-2009 | APJ | | | | | | | 380.71- | |
| 6-20-2009 | APJ | | | 1rei | Summary Entry | | | 4,731.53- | |
| 6-24-2009 | APJ | | | 1rei | Summary Entry | | | 154.31- | |
| 6-28-2009 | APJ | | | 1rei | Summary Entry | | 9,333.59 | 190.84- | |
| 6-29-2009 | APJ | | | | | | | 371.14- | |
| 6-30-2009 | APJ | | | 1rei | Summary Entry | | | | |
| | | | | | Total Account 270-20023-00-2050.000 - Accounts Payab | 1,142.39-* | 10,567.19* | 12,981.27-* | 3,556.47-* |
| 270-20023-00-2053.000 | | | | | Accounts Payable-PGB Investment Corp | | | | |
| | | | | | Total Account 270-20023-00-2053.000 - Accounts Payab | 3,699.45-* | .00* | .00* | 3,699.45-* |
| 270-20023-00-2055.000 | | | | | Accounts Payable-Miscellaneous | | | | |
| | | | | | Total Account 270-20023-00-2055.000 - Accounts Payab | 33,832,571.12-* | .00* | .00* | 33,832,571.12-* |
| 270-20023-00-2055.017 | | | | | Accounts Payable-Gansinger, Hinshaw | | | | |
| | | | | | Total Account 270-20023-00-2055.017 - Accounts Payab | 48,922.36-* | .00* | .00* | 48,922.36-* |
| 270-20023-00-2055.019 | | | | | Accts Payable-Park Hyatt Litigation | | | | |
| | | | | | Total Account 270-20023-00-2055.019 - Accts Payable- | 244,414.00-* | .00* | .00* | 244,414.00-* |
| 270-20023-00-2055.025 | | | | | Accounts Payable - William A. Gosnell | | | | |
| | | | | | Total Account 270-20023-00-2055.025 - Accounts Payab | 99.72-* | .00* | .00* | 99.72-* |
| 270-20023-00-2055.026 | | | | | Accts Payable-Daniel G. Gosnell | | | | |
| | | | | | Total Account 270-20023-00-2055.026 - Accts Payable- | 8,469.96-* | .00* | .00* | 8,469.96-* |
| 270-20023-00-2060.001 | | | | | A/P Interco-The Pointe Group Ltd. | | | | |
| | | | | | Total Account 270-20023-00-2060.001 - A/P Interco-Th | 800.00-* | .00* | .00* | 800.00-* |
| 270-20023-00-2060.004 | | | | | A/P Interco-PGB Mgmt Corp. | | | | |
| | | | | | Total Account 270-20023-00-2060.004 - A/P Interco-PG | 399,690.08-* | .00* | .00* | 399,690.08-* |
| 270-20023-00-2060.005 | | | | | A/P Interco-Pointe Interests, Ltd. | | | | |
| | | | | | Total Account 270-20023-00-2060.005 - A/P Interco-Po | 2,866.16-* | .00* | .00* | 2,866.16-* |
| 270-20023-00-2060.012 | | | | | A/P Interco-GBC of Arizona | | | | |
| | | | | | Total Account 270-20023-00-2060.012 - A/P Interco-GB | 12.25-* | .00* | .00* | 12.25-* |
| 270-20023-00-2060.013 | | | | | A/P Interco-Pte Resid Corp | | | | |
| | | | | | Total Account 270-20023-00-2060.013 - A/P Interco-Pt | 26.25-* | .00* | .00* | 26.25-* |
| 270-20023-00-2060.017 | | | | | A/P Interco-Pte Design Group | | | | |
| | | | | | Total Account 270-20023-00-2060.017 - A/P Interco-Pt | 1,695.94-* | .00* | .00* | 1,695.94-* |
| 270-20023-00-2060.018 | | | | | A/P Interco-Pte Resorts, Inc. | | | | |
| | | | | | Total Account 270-20023-00-2060.018 - A/P Interco-Pt | 192.08-* | .00* | .00* | 192.08-* |
| 270-20023-00-2060.021 | | | | | Accounts Payable-Gosnell/Jones | | | | |
| | | | | | Total Account 270-20023-00-2060.021 - Accounts Payab | 15.80-* | .00* | .00* | 15.80-* |
| 270-20023-00-2060.060 | | | | | A/P Interco-Clocktower Prop | | | | |
| | | | | | Total Account 270-20023-00-2060.060 - A/P Interco-Cl | 76.85-* | .00* | .00* | 76.85-* |
| 270-20023-00-2060.148 | | | | | Accts Payable-Pte Resorts Phoenix, LLC | | | | |
| | | | | | Total Account 270-20023-00-2060.148 - Accts Payable- | 2,895.26-* | .00* | .00* | 2,895.26-* |
| 270-20023-00-2070.113 | | | | | Accts Payable-Pte Hilton @ Tap Cliffs | | | | |
| | | | | | Total Account 270-20023-00-2070.113 - Accts Payable- | 30,042.51-* | .00* | .00* | 30,042.51-* |

The Gosnell Company                    Year-to-date Ledger - Accrual                                    7-21-2009  Page 3
                                                                                    System Date: 7-21-2009
                                                                                    System Time:  3:03 pm
                                                               Files Used: H:\TIMBERLINE\DATA\MASTER.GLM
                                                                           H:\TIMBERLINE\DATA\CURRENT.GLT
                                                                           H:\TIMBERLINE\DATA\HISTORY.GLT

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-----|-----|-------|-----------------|-------------------|-------|--------|----------------|

270-20023-00-2070.114  Accts Payable-Pte Hilton @ S. M.

    Total Account 270-20023-00-2070.114 - Accts Payable-    6,002.64-*      .00*      .00*    6,002.64-*

270-20023-00-2087.008  Notes Payable-DGG MEH Legal Fees

    Total Account 270-20023-00-2087.008 - Notes Payable-    100,000.00-*      .00*      .00*    100,000.00-*

270-20023-00-2087.009  Notes Payable-RAG MEH Legal Fees

    Total Account 270-20023-00-2087.009 - Notes Payable-    200,000.00-*      .00*      .00*    200,000.00-*

270-20023-00-2087.010  Notes Payable-WAG MEH Legal Fees

    Total Account 270-20023-00-2087.010 - Notes Payable-    150,000.00-*      .00*      .00*    150,000.00-*

270-20023-00-2087.101  Note Payable-BGO, LLC (Note A)_

    Total Account 270-20023-00-2087.101 - Note Payable-B    1,180,000.00-*      .00*      .00*    1,180,000.00-*

270-20023-00-2087.102  Note Payable-BGO, LLC (Note B)

    Total Account 270-20023-00-2087.102 - Note Payable-B    345,121.40-*      .00*      .00*    345,121.40-*

270-20023-00-2088.004  Interco N/P-PGB Management Corp

    Total Account 270-20023-00-2088.004 - Interco N/P-PG    8,198.90-*      .00*      .00*    8,198.90-*

270-20023-00-2088.044  Interco N/P-Pte SM Ltd P/S

    Total Account 270-20023-00-2088.044 - Interco N/P-Pt    989,185.95-*      .00*      .00*    989,185.95-*

270-20023-00-2094.000  Post-Petition - Other Accrued Expenses

    Total Account 270-20023-00-2094.000 - Post-Petition    114,002.00-*      .00*      .00*    114,002.00-*

270-20023-00-2097.005  Post Petition-Accrd Int-Income Taxes

    Total Account 270-20023-00-2097.005 - Post Petition-    1,072,164.00-*      .00*      .00*    1,072,164.00-*

270-20023-00-2098.004  Post Petition-A/P-PGB Management Corp.
6-30-2009  GJE  06-0    ebje     To Rec PGB monthly mgmt fees                 900.00-

    Total Account 270-20023-00-2098.004 - Post Petition-    156,752.28-*      .00*    900.00-*    157,652.28-*

270-20023-00-2098.005  Post Petition A/P-Pte Interests

    Total Account 270-20023-00-2098.005 - Post Petition    14.80-*      .00*      .00*    14.80-*

270-20023-00-2110.000  Accrued Salaries

    Total Account 270-20023-00-2110.000 - Accrued Salari    23,933.45-*      .00*      .00*    23,933.45-*

270-20023-00-2120.000  Accrued Incentives

    Total Account 270-20023-00-2120.000 - Accrued Incent    13,285.98-*      .00*      .00*    13,285.98-*

270-20023-00-2150.003  Accrued Interest-Chapmans

    Total Account 270-20023-00-2150.003 - Accrued Intere    59,795.06-*      .00*      .00*    59,795.06-*

270-20023-00-2150.008  Accrued Interest-DGG (MEP Def)

    Total Account 270-20023-00-2150.008 - Accrued Intere    26,993.37-*      .00*      .00*    26,993.37-*

270-20023-00-2150.009  Accrued Interest-Gosnell, RA (MEP Def)

    Total Account 270-20023-00-2150.009 - Accrued Intere    23,354.79-*      .00*      .00*    23,354.79-*

270-20023-00-2150.010  Accrued Interest-WAG (MEP Def)

    Total Account 270-20023-00-2150.010 - Accrued Intere    18,684.19-*      .00*      .00*    18,684.19-*

270-20023-00-2150.013  Accrued Interest-Gosnell, Daniel

    Total Account 270-20023-00-2150.013 - Accrued Intere    199,128.50-*      .00*      .00*    199,128.50-*

270-20023-00-2150.030  Accrued Interest-Park Hyatt

    Total Account 270-20023-00-2150.030 - Accrued Intere    50,284.12-*      .00*      .00*    50,284.12-*

270-20023-00-2150.101  Accrued Interest-BGO, LLC (Note A)

    Total Account 270-20023-00-2150.101 - Accrued Intere    33,460.27-*      .00*      .00*    33,460.27-*

The Gosnell Company                         Year-to-date Ledger - Accrual                    7-21-2009  Page 4
                                                                                                System Date: 7-21-2009
                                                                                                System Time:  3:03 pm
                                                                                    Files Used: H:\TIMBERLINE\DATA\MASTER.GLM
                                                                                                H:\TIMBERLINE\DATA\CURRENT.GLT
                                                                                                H:\TIMBERLINE\DATA\HISTORY.GLT

| Date | Jrn Ref Ref Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|
| 270-20023-00-2150.102 | Accrued Interest-BGO, LLC (Note B) | | | | | |
| | Total Account 270-20023-00-2150.102 - Accrued Intere | | 23,553.35-* | .00* | .00* | 23,553.35-* |
| 270-20023-00-2151.004 | Accrued Interest Interco-PGB Mgmt | | | | | |
| | Total Account 270-20023-00-2151.004 - Accrued Intere | | 905.24-* | .00* | .00* | 905.24-* |
| 270-20023-00-2156.020 | Accrued Legal Fees-Provision for PHTC HO | | | | | |
| | Total Account 270-20023-00-2156.020 - Accrued Legal | | 66,000.00-* | .00* | .00* | 66,000.00-* |
| 270-20023-00-2300.000 | Other Accruals | | | | | |
| | Total Account 270-20023-00-2300.000 - Other Accruals | | 18,125.40-* | .00* | .00* | 18,125.40-* |
| 270-20023-00-3010.002 | Mortgages Payable-Regional Investment | | | | | |
| | Total Account 270-20023-00-3010.002 - Mortgages Paya | | 11,813.20-* | .00* | .00* | 11,813.20-* |
| 270-20023-00-3020.003 | Notes Payable-Dictionary Hill | | | | | |
| | Total Account 270-20023-00-3020.003 - Notes Payable- | | 100,000.00-* | .00* | .00* | 100,000.00-* |
| 270-20023-00-3020.013 | Notes Payable-DGG (PTRP#1) | | | | | |
| | Total Account 270-20023-00-3020.013 - Notes Payable- | | 210,000.00-* | .00* | .00* | 210,000.00-* |
| 270-20023-00-3630.000 | Deferred Developer Fee | | | | | |
| | Total Account 270-20023-00-3630.000 - Deferred Devel | | 47,704.00-* | .00* | .00* | 47,704.00-* |
| 270-20023-00-3910.000 | Post Petition-L/T Payable-Fed Inc Tax | | | | | |
| | Total Account 270-20023-00-3910.000 - Post Petition- | | 3,557,163.00-* | .00* | .00* | 3,557,163.00-* |
| 270-20023-00-3911.000 | Post Pet-L/T Pay-Fed Inc Tax-Penalties | | | | | |
| | Total Account 270-20023-00-3911.000 - Post Pet-L/T P | | 1,422,703.00-* | .00* | .00* | 1,422,703.00-* |
| 270-20023-00-3912.000 | Post Pet-L/T Pay-Fed Inc Tax-Interest | | | | | |
| | Total Account 270-20023-00-3912.000 - Post Pet-L/T P | | 2,537,694.00-* | .00* | .00* | 2,537,694.00-* |
| 270-20023-00-3920.000 | Post Petition-L/T Payable-State Inc Tax | | | | | |
| | Total Account 270-20023-00-3920.000 - Post Petition- | | 736,859.00-* | .00* | .00* | 736,859.00-* |
| 270-20023-00-3921.000 | Post Pet-L/T Pay-State Inc Tax Penalties | | | | | |
| | Total Account 270-20023-00-3921.000 - Post Pet-L/T P | | 73,685.05-* | .00* | .00* | 73,685.05-* |
| 270-20023-00-3922.000 | Post Pet-L/T Pay-State Inc Tax-Interest | | | | | |
| | Total Account 270-20023-00-3922.000 - Post Pet-L/T P | | 217,006.00-* | .00* | .00* | 217,006.00-* |
| 270-20023-00-4100.000 | Common Stock | | | | | |
| | Total Account 270-20023-00-4100.000 - Common Stock | | 28,500.00-* | .00* | .00* | 28,500.00-* |
| 270-20023-00-4200.000 | Retained Earnings | | | | | |
| | Total Account 270-20023-00-4200.000 - Retained Earni | | 37,142,384.54* | .00* | .00* | 37,142,384.54* |
| 270-20023-00-4400.000 | Stockholders Distributions | | | | | |
| | Total Account 270-20023-00-4400.000 - Stockholders D | | 1,294,000.00* | .00* | .00* | 1,294,000.00* |
| 270-20023-00-5900.001 | Other Income Interest-Savings | | | | | |
| 6-30-2009 | eber0620 | CM Edit Register summary | | | 186.01- | |
| | Total Account 270-20023-00-5900.001 - Other Income I | | 1,001.89-* | .00* | 186.01-* | 1,187.90-* |
| 270-20023-00-5900.002 | Other Income Interest-Other | | | | | |
| | Total Account 270-20023-00-5900.002 - Other Income I | | 314.73-* | .00* | .00* | 314.73-* |
| 270-20023-00-7000.000 | Salaries | | | | | |
| 6-15-2009 | 2GDC eber0610 | Transfer to 8PGBC | | 23,886.00 | | |
| 6-29-2009 | 2GDC eber06 | Transfer to 8pgb | | 29,314.00 | | |
| | Total Account 270-20023-00-7000.000 - Salaries | | 209,848.00* | 53,200.00* | .00* | 263,048.00* |
| 270-20023-00-7070.000 | Temporary Services | | | | | |
| 6-05-2009 APJ 2301 | 1rei | REBECCA WEILER | | 933.75 | | |

The Gosnell Company          Year-to-date Ledger - Accrual

7-21-2009  Page 5
System Date: 7-21-2009
System Time:  3:03 pm
Files Used: H:\TIMBERLINE\DATA\MASTER.GLM
H:\TIMBERLINE\DATA\CURRENT.GLT
H:\TIMBERLINE\DATA\HISTORY.GLT

| Date | Jrn Ref Ref Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|
| 270-20023-00-7070.000 | Temporary Services - Continued | | | | | |
| 6-19-2009 APJ 2301 | 1rei | REBECCA WEILER | | 1,605.00 | | |
| Total Account 270-20023-00-7070.000 - Temporary Serv | | | .00* | 2,538.75* | .00* | 2,538.75* |
| 270-20023-00-7105.000 | Ground Lease Rental | | | | | |
| 6-19-2009 APJ 2003 | 1rei | BONITA GATEWAY OFFICE L.L.C. | | 2,438.64 | | |
| 6-24-2009 APJ 1611 | 1rei | PLAZA SQUAW PEAK, LLC. | | 4,611.63 | | |
| Total Account 270-20023-00-7105.000 - Ground Lease R | | | .00* | 7,050.27* | .00* | 7,050.27* |
| 270-20023-00-7110.005 | Equipment Rental-Copier | | | | | |
| 6-20-2009 APJ 9110 | 1rei | IKON FINANCIAL SERVICES (IOS) | | 380.71 | | |
| Total Account 270-20023-00-7110.005 - Equipment Rent | | | .00* | 380.71* | .00* | 380.71* |
| 270-20023-00-7220.001 | Maint & Repair Vehicles-Gasoline Expense | | | | | |
| 6-08-2009 APJ | | | | 35.87 | | |
| Total Account 270-20023-00-7220.001 - Maint & Repair | | | 9.81* | 35.87* | .00* | 45.68* |
| 270-20023-00-7310.000 | Telephone | | | | | |
| 6-01-2009 APJ | | | | 507.39 | | |
| 6-03-2009 APJ | | | | 608.21 | | |
| 6-16-2009 APJ 1700 | 1rei | QWEST | | 20.83 | | |
| 6-30-2009 APJ 2001 | 1rei | TELEPACIFIC COMMUNICATIONS | | 371.14 | | |
| Total Account 270-20023-00-7310.000 - Telephone | | | 365.86* | 1,507.57* | .00* | 1,873.43* |
| 270-20023-00-7310.001 | Cellular/Mobile Phone Usage | | | | | |
| 6-08-2009 APJ | | | | 115.64 | | |
| Total Account 270-20023-00-7310.001 - Cellular/Mobil | | | 163.09* | 115.64* | .00* | 278.73* |
| 270-20023-00-7310.002 | Telephone - Internet | | | | | |
| 6-02-2009 APJ 9002 | 1rei | INTERWRX | | 294.00 | | |
| 6-28-2009 APJ 2300 | 1rei | WILLIAMS, JOHN | | 29.33 | | |
| Total Account 270-20023-00-7310.002 - Telephone - In | | | .00* | 323.33* | .00* | 323.33* |
| 270-20023-00-7400.000 | Real Estate Property Tax | | | | | |
| Total Account 270-20023-00-7400.000 - Real Estate Pr | | | 6,798.63* | .00* | .00* | 6,798.63* |
| 270-20023-00-7420.000 | Sales Tax Rentals | | | | | |
| 6-24-2009 APJ 1611 | 1rei | PLAZA SQUAW PEAK, LLC. | | 119.90 | | |
| Total Account 270-20023-00-7420.000 - Sales Tax Rent | | | .00* | 119.90* | .00* | 119.90* |
| 270-20023-00-7700.000 | Accounting Fees | | | | | |
| Total Account 270-20023-00-7700.000 - Accounting Fee | | | 4,550.00* | .00* | .00* | 4,550.00* |
| 270-20023-00-7710.000 | Legal Fees-Direct | | | | | |
| Total Account 270-20023-00-7710.000 - Legal Fees-Dir | | | 58,077.88* | .00* | .00* | 58,077.88* |
| 270-20023-00-7730.006 | Indirect Mgmt Fees-Accounting | | | | | |
| 6-30-2009 GJE 06-0 | ebje | To Rec PGB monthly mgmt fees | | 500.00 | | |
| Total Account 270-20023-00-7730.006 - Indirect Mgmt | | | 2,500.00* | 500.00* | .00* | 3,000.00* |
| 270-20023-00-7730.019 | Indirect Mgmt Fees-Executive | | | | | |
| 6-30-2009 GJE 06-0 | ebje | To Rec PGB monthly mgmt fees | | 400.00 | | |
| Total Account 270-20023-00-7730.019 - Indirect Mgmt | | | 2,000.00* | 400.00* | .00* | 2,400.00* |
| 270-20023-00-7820.000 | Travel Expenses | | | | | |
| 6-08-2009 APJ | | | | 117.00 | | |
| 6-28-2009 APJ | | | | 124.98 | | |
| Total Account 270-20023-00-7820.000 - Travel Expense | | | 125.40* | 241.98* | .00* | 367.38* |
| 270-20023-00-7821.000 | Travel-Meals | | | | | |
| 6-08-2009 APJ | | | | 14.19 | | |
| Total Account 270-20023-00-7821.000 - Travel-Meals | | | 6.27* | 14.19* | .00* | 20.46* |
| 270-20023-00-7855.000 | Leasing Expense | | | | | |
| 6-02-2009 APJ 1302 | 1rei | OFFICE EQUIPMENT FINANCE SVCS | | 449.97 | | |
| 6-29-2009 APJ 7025 | 1rei | GREAT AMERICA LEASING CORP | | 190.84 | | |
| Total Account 270-20023-00-7855.000 - Leasing Expens | | | 172.11* | 640.81* | .00* | 812.92* |
| 270-20023-00-7910.000 | Fees & Licenses | | | | | |

The Gosnell Company
Year-to-date Ledger - Accrual
7-21-2009  Page 6
System Date: 7-21-2009
System Time:  3:03 pm
Files Used: H:\TIMBERLINE\DATA\MASTER.GLM
H:\TIMBERLINE\DATA\CURRENT.GLT
H:\TIMBERLINE\DATA\HISTORY.GLT

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|------|-----|-----|-----|-------|-----------------|-------------------|-------|--------|----------------|
| 270-20023-00-7910.000   Fees & Licenses - Continued | | | | | | | | | |
| Total Account 270-20023-00-7910.000 - Fees & License | | | | | | 1,720.00* | .00* | .00* | 1,720.00* |
| 270-20023-00-7912.002   Postage/Shipping-United Parcel Service | | | | | | | | | |
| Total Account 270-20023-00-7912.002 - Postage/Shippi | | | | | | 29.85* | .00* | .00* | 29.85* |
| 270-20023-00-7920.000   Recruiting & Employment | | | | | | | | | |
| 6-08-2009 | APJ | 2300 | | lrei | WILLIAMS, JOHN | | 12.25 | | |
| Total Account 270-20023-00-7920.000 - Recruiting & E | | | | | | .00* | 12.25* | .00* | 12.25* |
| Total DIVISION 270-20023-00 - GDC of AZ-Debtor in Po | | | | | | .00* | 89,134.47* | 89,134.47-* | .00* |
| Total COMPANY 270-20023 - GDC of AZ-Debtor in Posses | | | | | | .00* | 89,134.47* | 89,134.47-* | .00* |
| Total HOLDING 270 - Gosnell Development Corp of AZ | | | | | | .00* | 89,134.47* | 89,134.47-* | .00* |
| GRAND TOTALS | | | | | | .00* | 89,134.47* | 89,134.47-* | .00* |

THE POINTE GROUP AFFILIATES

**GOSNELL DEVELOPMENT CORP A DEBTOR IN POSSESSION**
BANK ONE CKG ACCT# 0604-7248
PROOF OF CASH
FOR MONTH ENDING:          30-Jun-09

|  | BALANCE 31-May-09 | DEPOSITS | DISBURSEMENTS | BALANCE 30-Jun-09 |
|---|---|---|---|---|
| BALANCE PER BANK | $4,928.13 | $11,300.00 | ($3,371.10) | $12,857.03 |
| OUTSTANDING CHECKS | ($4,872.51) | | ($12,068.60) $4,872.51 | ($12,068.60) |
| BALANCE PER BOOKS | $55.62 | $11,300.00 | ($10,567.19) | $788.43 |

CASH DISBURSEMENTS

| CHECKS | $10,567.19 |
|---|---|
| TRANSFERS | $0.00 |
|  | $10,567.19 |

CASH RECEIPTS

| DEPOSITS | $0.00 |
|---|---|
| TRANSFERS | $11,300.00 |
|  | $11,300.00 |

OUTSTANDING CHECKS

| CHECK # | AMOUNT |
|---|---|
| 1515 | $2,302.51 |
| 1520 | $45.00 |
| 1559 | $387.50 |
| 1566 | $64.71 |
| 1567 | $122.94 |
| 1568 | $172.11 |
| 1569 | $294.00 |
| 1570 | $449.97 |
| 1571 | $4,731.53 |
| 1572 | $608.21 |
| 1573 | $507.39 |
| 1574 | $365.86 |
| 1575 | $411.87 |
| 1576 | $1,605.00 |
|  | $12,068.60 |

THE POINTE GROUP AFFILIATES

GOSNELL DEVELOPMENT CORP A DEBTOR IN POSSESSION
BANK ONE SAV ACCT# 4341-9047
PROOF OF CASH
FOR MONTH ENDING:          30-Jun-09

|  | BALANCE 31-May-09 | DEPOSITS | DISBURSEMENTS | BALANCE 30-Jun-09 |
|---|---|---|---|---|
| BALANCE PER BANK | $1,072,147.76 | $186.01 | ($64,500.00) | $1,007,833.77 |
| DEPOSITS IN TRANSIT |  |  |  |  |
| BALANCE PER BOOKS | $1,072,147.76 | $186.01 | ($64,500.00) | $1,007,833.77 |

CASH DISBURSEMENTS

| BANK CHARGES | $0.00 |
|---|---|
| TRANSFERS To GBC Payroll | $53,200.00 |
| TRANSFERS To CKG | $11,300.00 |
|  | $64,500.00 |

CASH RECEIPTS

| INTEREST | $186.01 |
|---|---|
| DEPOSITS | $0.00 |
|  | $186.01 |