**Pamela L. Kingsley, Esq., SBN 004226**
**Christopher R. Kaup, Esq., SBN 014820**

**TB** **T I F F A N Y & B O S C O**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
E-MAIL: plk@tblaw.com
E-MAIL: crk@tblaw.com
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GOSNELL DEVELOPMENT CORPORATION OF AZ, AKA, GOSNELL BUILDERS CORPORATION,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:97-BK-10778-CGC<br><br>**APPLICATION TO EMPLOY SPECIAL COUNSEL** |

Gosnell Development Corporation of AZ, aka Gosnell Builders Corporation, by and through its undersigned counsel hereby submits its Application to Employ Special Counsel.

1. On August 8, 1997, Gosnell Development Corporation of AZ, aka Gosnell Builders Corporation ("Debtor") filed for relief under Chapter 11 commencing the above-captioned bankruptcy proceeding.

2. The Debtor needs to employ Pamela L. Kingsley and the firm of Tiffany & Bosco, P.A. (the "Firm") to provide legal services to the Debtor in connection with the Debtors' disputes with Hall Family Properties, Ltd. and related parties. The disputes include the Objections to the Proof of Claim filed by the Debtor on January 20, 1998, and the proceedings in Adv. No. 97-00801. There are also related state court proceedings in the Superior Court of Maricopa County, CV1988-031032 and CV1992-002638, aspects

of which have been removed to this Court.  Certain of the claims that continue in state court involve current and former directors and officers of the Debtor, Robert A. Gosnell, Daniel G. Gosnell, and William A. Gosnell (Robert A. Gosnell, Daniel G. Gosnell, and William A. Gosnell shall be referred to hereinafter as the "Gosnells").  The Debtor is obligated to indemnify the directors and officers, including the Gosnells, under the Articles of Incorporation of the Debtor, filed January 23, 1973.  The indemnification encompasses the matters that are still pending in state court.   Ms. Kingsley and the Firm will represent the Debtor and the Gosnells on all such matters.  In addition, the Debtor anticipates that lawyers at the Firm may be required to provide limited services and advice to the Debtor and the Gosnells on discrete bankruptcy issues and matters that may arise relating to the litigation described above or which may facilitate the representation on those special matters in a cost effective manner.

3.      Recently, the Debtor has been represented by the law firm of Perkins Coie Brown & Bain P.A.  Those services were in connection with an appeal to the District Court and then the Ninth Circuit Court of Appeals.  Those services and that representation have ended with the decision and remand by both courts.  After approval, Tiffany & Bosco, P.A. will stand in the place of Perkins Coie Brown & Bain P.A. as special counsel for the Debtor and also represent the Gosnells in matters in which they are parties and the Debtor is required to provide indemnification.

4.      The Debtor believes that Ms. Kingsley is experienced in matters of this character and is well qualified to represent the Debtor and the Gosnells.

5.      To the best knowledge of the Debtor, Ms. Kingsley and the firm of Tiffany & Bosco, P.A. do not hold or represent interests adverse to the Debtor and the Bankruptcy Estate with respect to the special matters for which they are to be engaged, and have no connection with any of the creditors or parties involved in this case or the office of the U.S. Trustee except as otherwise set forth in the separate Statement of

Pamela L. Kingsley, pursuant to Rules 2014 & 2016, Fed.R.Bankr.P., filed contemporaneously herewith and the appointment will be in the best interest of the estate.

6.  In anticipation of this filing, Ms. Kingsley was asked to conduct a conflict check, present an engagement letter, engage in communications (telephonic and in person), and review prior court papers and other documents. The engagement began on June 30, 2009.

7.  Debtor requests that the employment be effective as of the engagement on June 30, 2009.

8.  On July 27, 2009, Ms. Kingsley's law firm, Tiffany & Bosco, P.A., received from Robert A. Gosnell, the sum of $12,500, and from Daniel G. Gosnell, the sum of $12,500. The two amounts were deposited into the law firm's trust account. These funds did not belong to the Debtor. Funds have been withdrawn to pay fees and expenses incurred in connection with review of files and documents relating to this matter and the analysis and evaluation of the legal, factual, and procedural issues in the actions for which the Firm has been engaged.

9.  No payments from the Debtor's estate, whether toward reimbursement of the funds paid from the trust account or as direct compensation, will be made without application to and Bankruptcy Court approval.

RESPECTFULLY SUBMITTED this 17th day of August, 2009.

TIFFANY & BOSCO, P.A.


By:    /s/ Pamela L. Kingsley
        Pamela L. Kingsley
        Third Floor Camelback Esplanade II
        2525 East Camelback Road
        Phoenix, Arizona 85016-4237
        Attorneys for Debtor

**FOREGOING** filed electronically
with the United States Bankruptcy Court
for the District of Arizona, this 17th day
of August, 2009; and **COPIES** mailed via
First-Class mail to the following this same
Date:

GOSNELL DEVELOPMENT CORPORATION OF ARIZONA
*aka* GOSNELL BUILDERS CORPORATION
7500 N. Dreamy Draw Dr., #215
Phoenix, AZ 85020-4669

Craig A Morgan
Philip R Higdon
PERKINS, COIE, BROWN & BAIN, P.A.
2901 North Central Ave., Ste. 2000
Phoenix, AZ 85012-2788
Phone: 602-351-8000
Fax : 602-648-7000
Email: CMorgan@perkinscoie.com
Email: PHigdon@perkinscoie.com

Michael W. Carmel
MICHAEL W. CARMEL, LTD.
80 E. Columbus Ave.
Phoenix, AZ 85012-4965
Phone: 602-264-4965
Fax : 602-277-0144
Email: michael@mcarmellaw.com

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003


_____//Pamela L. Kingsley//_____
Pamela L. Kingsley